**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100
Attorneys for Defendant, Vladimir Eydelman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VLADIMIR EYDELMAN, <br><br> Defendant. | Hon. Madeline Cox Arleo <br><br> **Mag. No. 14-8079 (MCA)** <br><br> **SUBSTITUTION OF ATTORNEY** |

The undersigned do hereby agree to the substitution of McElroy, Deutsch, Mulvaney & Carpenter, LLP, as attorneys for defendant, Vladimir Eydelman, in the above-captioned matter.

**McELROY, DEUTSCH,**
**MULVANEY & CARPENTER, LLP**
Superceding Attorneys

By: _/s/ Walter F. Timpone_
    Walter F. Timpone

Dated: May 2, 2014

**GREENBERG TRAURIG, LLP**
Withdrawing Attorneys

By: _/s/ William Silverman_
    William Silverman

Dated: